```
REBECCA LYNN ROBINSON          SYNCHRONY BANK
1925 31ST ST                   ATTN: BANKRUPTCY
GULFPORT, MS 39501             PO BOX 965060
                               ORLANDO, FL 32896




THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236




GOODYEAR CREDIT
P.O. BOX 6403
SIOUX FALLS, SD 57117




HANCOCK WHITNEY
PO BOX 4019
GULFPORT, MS 39502




KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39534




KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531




NISSAN MOTOR ACCEPTANC
POB 660366
DALLAS, TX 75266




NOAH ROBINSON
1925 31ST ST
GULFPORT, MS 39501




ROADRUNNER ACCOUNT
ATTN: BANKRUPTCY
5525 N MACARTHUR BLVD
STE 660
IRVING, TX 75038
```