United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-51467-KMS
Rebecca Lynn Robinson   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6   User: mssbad   Page 1 of 2
Date Rcvd: Oct 07, 2025   Form ID: n011   Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Lynn Robinson, 1925 31st St, Gulfport, MS 39501-6059 |
| 5570664 | + | Noah Robinson, 1925 31st St, Gulfport, MS 39501-6059 |
| 5570665 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2025 19:37:51 | Goodyear Credit, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 5570660 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Oct 07 2025 19:27:00 | Hancock Whitney, Po Box 4019, Gulfport, MS 39502 |
| 5570661 | + | Email/Text: melissa.martin@kfcu.org | Oct 07 2025 19:27:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5570663 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 07 2025 19:27:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5570666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2025 19:37:46 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5570662 | *+ | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025     Signature:     /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: n011 | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rebecca Lynn Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n011(Rev. 01/17)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re: Debtor(s):**  **Case No.:** 25−51467−KMS

**Chapter:** 7

Rebecca Lynn Robinson
aka Rebecca L Robinson, aka Becky
Robinson
1925 31st St
Gulfport, MS 39501

**Social Security No.:**
xxx−xx−1689

**Employer's Tax I.D. No.:**

### Clerk's Notice of Presumption of Abuse Under 11 U.S.C. §707(b)(2)

    Insufficient information was filed with the petition in the above−captioned case to permit the clerk to make a determination concerning the presumption of abuse at the time of filing.  Additional information subsequently filed by the debtor indicates that a presumption of abuse has arisen under 11 U.S.C. §707(b)(2).

    Creditors may have the right to file a motion to dismiss the case under 11 U.S.C. §707(b)(2) of the Bankruptcy Code.  Under 11 U.S.C. §707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Date: October 7, 2025

                                                    Danny L. Miller, Clerk of Court
                                                    Dan M. Russell, Jr. U.S. Courthouse
                                                      2012 15th Street, Suite 244
                                                      Gulfport, MS 39501
                                                      228−563−1790